IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>SAINT FRANCIS MEDICAL CENTER,<br>a non-profit domestic corporation, et.al;<br><br>Defendants. | 4:16CV3049<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the joint stipulation for dismissal, (Filing No. 83),

IT IS ORDERED that Plaintiff's claims against Defendant Saint Francis Medical Center are dismissed without prejudice, each of these parties to pay their own costs and attorney fees.

May 2, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge