IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually; <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br>CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., a domestic professional corporation; PHILIP CAHOY, M.D., an individual; SURGERY GROUP OF GRAND ISLAND, LLC, a domestic limited liability corporation; SUN IK LEE, M.D., an individual; STEVEN G. SCHNEIDER, M.D., an individual; THE PHYSICIAN NETWORK, a non-profit domestic corporation; SALAM SALMAN, M.D., an individual; and RYAN C. RAMAEKERS, M.D., an individual; <br><br>　　　　　　Defendants. | **4:16CV3049** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff may disclose an additional expert focused on EMG testing, such expert's report to be disclosed no later than October 31, 2017.

2) The EMG expert must be available for a deposition by no later than November 17, 2017. To that end, Plaintiff's counsel shall immediately obtain

available deposition dates from the expert and all counsel shall promptly confer and set aside a date and time for the deposition.

3) This order permitting Plaintiff's counsel to disclose another expert is entered without prejudice to Defendants challenging the expert opinions as untimely because they neither rebut Defendants' experts nor timely supplement Plaintiff's prior disclosures in as permitted under the Federal Rules of Civil Procedure.

September 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge