IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WENJIA ZHAI, Individually; | |
|---|---|
| Plaintiff, | 4:16CV3049 |
| vs. | ORDER |
| CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., et al.; | |
| Defendants. | |

The final progression order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing No. 61, at CM/ECF p. 2). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed. R. Civ. P.1.

Plaintiff did not comply with the court's order before filing a motion to compel.

Accordingly,

IT IS ORDERED that Plaintiff's motion to compel, (Filing No. 128), is denied.

Dated this 5th day of December, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge