IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., a domestic professional corporation; PHILIP CAHOY, M.D., an individual; SURGERY GROUP OF GRAND ISLAND, LLC, a domestic limited liability corporation; SUN IK LEE, M.D., an individual; STEVEN G. SCHNEIDER, M.D., an individual; THE PHYSICIAN NETWORK, a non-profit domestic corporation; SALAM SALMAN, M.D., an individual; and RYAN C. RAMAEKERS, M.D., an individual; <br><br> Defendants. | **4:16CV3049** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED that as to the discovery dispute between Plaintiff and Dr. Cahoy:

1) Counsel shall promptly confer in good faith to resolve the disputes.

2) If the disputes, or any of them, have not been resolved by December 18, 2017, Plaintiff's motion to compel shall be filed on or before December 27,

2017, with any response due on or after January 5, 2018. No reply shall be filed absent leave of the court for good cause shown.

December 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge