IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., a domestic professional corporation; PHILIP CAHOY, M.D., an individual; SURGERY GROUP OF GRAND ISLAND, LLC, a domestic limited liability corporation; SUN IK LEE, M.D., an individual; STEVEN G. SCHNEIDER, M.D., an individual; THE PHYSICIAN NETWORK, a non-profit domestic corporation; SALAM SALMAN, M.D., an individual; and RYAN C. RAMAEKERS, M.D., an individual; <br><br> Defendants. | **4:16CV3049** <br><br> **ORDER** |

Pursuant to the joint stipulation for dismissal, (Filing No. 136),

IT IS ORDERED that Plaintiff's claims against Defendants Sun Ik Lee, M.D. and Ryan C. Ramaekers, M.D. are dismissed without prejudice, each of these parties to pay their own costs and attorney fees.

December 13, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge