IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., a domestic professional corporation; PHILIP CAHOY, M.D., an individual; SURGERY GROUP OF GRAND ISLAND, LLC, a domestic limited liability corporation; STEVEN G. SCHNEIDER, M.D., an individual; THE PHYSICIAN NETWORK, a non-profit domestic corporation; and SALAM SALMAN, M.D., an individual;<br><br>Defendants. | **4:16CV3049**<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 143),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Surgery Group of Grand Island, L.L.C. and Steven G. Schneider, M.D. are dismissed with prejudice, the parties to pay their own costs and attorney fees.

January 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge