IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., a domestic professional corporation; PHILIP CAHOY, M.D., an individual; THE PHYSICIAN NETWORK, a non-profit domestic corporation; and SALAM SALMAN, M.D., an individual;<br><br>Defendants. | 4:16CV3049<br><br>ORDER |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 145),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against The Physician Network, d/b/a Grand Island Specialty Clinic and Salam Salman, M.D. are dismissed with prejudice, the parties to pay their own costs and attorney fees.

January 31, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge