IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WENJIA ZHAI, Individually; <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., a domestic professional corporation; and PHILIP CAHOY, M.D., an individual; <br><br> Defendants. | **4:16CV3049** <br><br> **JUDGMENT** |

Pursuant to the verdict of the jury in this case in favor of Defendants, Central Nebraska Orthopedics & Sports Medicine, P.C. and Philip Cahoy,

JUDGMENT is entered for Defendants, Central Nebraska Orthopedics & Sports Medicine, P.C. and Philip Cahoy, and against Plaintiff, Wenjia Zhia, providing that Plaintiff shall take nothing and his complaint is dismissed with prejudice. Costs are taxed to Plaintiff.

Upon taxation by the clerk, the amount of costs allowable to Defendants shall be included in this judgment without any further action by the court.

April 5, 2018.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge