IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WENJIA ZHAI, | ) | CASE NO: 4:16cv3049 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | TO WITHDRAW EXHIBITS |
| | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| | ) | DESTROYED |
| CENTRAL NEBRASKA ORTHOPEDICS & SPORTS MEDICINE, P.C., | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for Defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s): 83, 86, 88 and 89

Hearing type(s): Jury Trial

Date of hearing(s): March 26, 2018 - April 5, 2018

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

June 29, 2018

s/ Cheryl R. Zwart
United States Magistrate Judge